IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BARTLETT GRAIN COMPANY, L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN INTERNATIONAL GROUP, ) <br> et al., ) <br> ) <br> Defendants. ) | Case No. 11-0509-CV-W-ODS |

## **ORDER**

    Plaintiff Bartlett Grain Company, L.P. moves to preliminarily enjoin Defendant Chartis Insurance UK Limited from proceeding with arbitration. Chartis moves to dismiss Bartlett Grain's action against it for lack of personal jurisdiction and for insufficient service of process.

    To the extent Chartis' motion asserts lack of personal jurisdiction, it is denied. The Court holds venue is proper in the Western District of Missouri. The Court denies Bartlett Grain's motion for a preliminary injunction (Doc. 30). The Court retains jurisdiction for review and enforcement of the decision reached by the arbitration panel.

    This order will be supplemented at a later date with the Court's reasoning and authorities for its decisions.

IT IS SO ORDERED.

DATE: July 27, 2011

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT