IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BARTLETT GRAIN COMPANY, L.P., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 11-0509-CV-W-ODS |
| AMERICAN INTERNATIONAL GROUP, et al., | ) |
| Defendants. | ) |

### ORDER AND OPINION DENYING DEFENDANT CHARTIS INSURANCE UK LIMITED'S MOTION TO DISMISS

Pending is Chartis Insurance UK Limited's ("Chartis") Motion to dismiss, which alleges (1) lack of personal jurisdiction and (2) improper service. The motion (Doc. # 44) is denied on the merits with respect to the first issue for the reasons stated in the Court's prior orders. The motion is denied without prejudice with respect to the second issue. The time for Plaintiff to serve has not expired, so the Court does not deem it appropriate to dismiss Chartis at this time. Moreover, the Court is aware that service under the Hague Convention takes some time, and to that end the Court *sua sponte* extends the time for Plaintiff to serve Chartis to and including December 1, 2011. Chartis is free to re-assert its argument if it still does not believe it has been properly served when that date arrives.

IT IS SO ORDERED.

DATE: August 12, 2011

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT